UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJON MAREQUIS DOUGLAS,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY 20TH CENTURY FOX STUDIOS,<br><br>Defendant. | No. 2:23-cv-2328-TLN-AC<br><br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 18, 2023 the magistrate judge filed findings and recommendations, which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 3.) Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 18, 2023 (ECF No. 3) are ADOPTED IN FULL;

2. The Complaint (ECF No. 1) is DISMISSED with prejudice; and

3. The Clerk of Court is directed to close this case.

Date:  December 4, 2023

Troy L. Nunley
United States District Judge